JARED B. ANDERSON
Nevada Bar No: 9747
**INJURY LAWYERS OF NEVADA**
6900 Westcliff Drive, Suite 707
Las Vegas, NV 89145
Phone : (702) 868-8888
Fax : (702) 868-8889
*Attorney for Plaintiff*

UNITED STATED DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LINDA FOWLER,<br><br>          Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., a Delaware Limited Liability Company d/b/a WAL-MART SUPERCENTER #5070; DOES I through X and ROE CORPORATIONS VI through X, inclusive,<br><br>          Defendants. | CASE NO.: 2:16-cv-00450-JCM-GWF |

**SUBSTITUTION OF ATTORNEY**

Plaintiff LINDA FOWLER, hereby substitutes JARED B. ANDERSON, ESQ. of INJURY LAWYERS OF NEVADA, located at 6900 Westcliff Drive, Suite 707, Las Vegas, Nevada, 89145, Phone: (702) 868-8888, as attorney of record in place and stead of RICHARD S. JOHNSON, ESQ. of the LAW OFFICE OF RICHARD S. JOHNSON.

DATED this 5TH day of April, 2016.    By: _____
                                                                      LINDA FOWLER

I consent to the above substitution.
DATED this 5 day of April, 2016.    By: _____
                                                                      RICHARD S. JOHNSON, ESQ.
                                                                    Nevada Bar No. 6361

///

1   I am duly admitted to practice in this District.
2   Above substitution accepted.
3   DATED this 5th day of April, 2016.   By: _____
4   JARED B. ANDERSON
    Nevada Bar No: 9747
5   **INJURY LAWYERS OF NEVADA**
    6900 Westcliff Drive, Suite 707
6   Las Vegas, NV 89145
    Phone : (702) 868-8888
7   Fax : (702) 868-8889
    *Attorney for Plaintiff*
8

10  Please check one: ☑ RETAINED, or ☐ APPOINTED BY THE COURT
11                        APPROVED:
12
13  DATED: April 12, 2016                    .   By: _____
    GEORGE FOLEY, JR.
14  United States Magistrate Judge