BRENDA H. ENTZMINGER, ESQ.
Nevada Bar No. 9800
MELANIE L. THOMAS, ESQ.
Nevada Bar No. 12576
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510—Telephone
(702) 938-1511—Facsimile
bentzminger@psalaw.net
mthomas@psalaw.net
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LINDA FOWLER,<br><br>        Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware Limited Liability Company dba WALMART SUPER CENTER #5070; DOES I through X and ROE CORPORATIONS VI through X, inclusive,<br><br>        Defendants. | Case No.: 2:16-cv-00450-JCM-GWF<br><br>**STIPULATION ESTABLISHING PARAMETERS FOR FRCP 34 SITE INSPECTION BY PLAINTIFF LINDA FOWLER** |

COMES NOW, Plaintiff LINDA FOWLER, by and through her counsel of record, the law firm of INJURY LAWYERS OF NEVADA, and Defendant WAL-MART STORES, INC. ("Walmart"), by and through its counsel of record, the law firm of PHILLIPS, SPALLAS & ANGSTADT LLC, and pursuant to the provisions of FRCP 34(a)(2)(b)(1), the parties agree, and hereby stipulate, that the inspection shall be conducted within the following parameters:

At 11:00 a.m., on October 13, 2016, at the premises of Walmart Store No. 5070, located at 5200 South Fort Apache, Las Vegas, Nevada 89148, Defendant shall permit Plaintiff, Linda Fowler; Plaintiff's counsel, Jared Anderson, Esq.; and Plaintiff's designated liability expert, Frank Perez, Ph.D. (collectively, "Plaintiff's group") entry upon designated land or other property in control of the party upon whom request is served for the express purposes of inspection, measurement, surveying, photography, and non-destructive and non-invasive testing of the property, specifically a section of the

floor in the Home and Garden area where the Plaintiff allegedly fell on October 27, 2013, and the surrounding area for a distance of up to twenty (20) feet in any or all directions from the location of Plaintiff's alleged fall, using only manual and visual inspection, measuring and surveying tools, such as a hand-operated English XL device or similar device to measure coefficient of friction.

Members of Plaintiff's group may utilize still photography of the area upon which Plaintiff fell on October 27, 2013, and the surrounding area for a distance of up to twenty (20) feet in any or all directions from the location of Plaintiff's alleged fall, but may not create a videotape or recording of any kind. No member of Plaintiff's group shall speak to any member of Walmart personnel during the inspection. The inspection shall be completed within two (2) hours.

DATED this 11th day of October, 2016.　　　　　DATED this 11th day of October, 2016.

**INJURY LAWYERS OF NEVADA**　　　　　**PHILLIPS, SPALLAS & ANGSTADT LLC**

*/s/     Jared Anderson*　　　　　*/s/     Melanie L. Thomas*
JARED ANDERSON, ESQ.　　　　　MELANIE L. THOMAS
Nevada Bar No. 9747　　　　　Nevada Bar No. 12576
6900 Westcliff Drive, Suite 707　　　　　504 South Ninth Street
Las Vegas, Nevada 89145　　　　　Las Vegas, Nevada 89101
(702)868-8888　　　　　(702) 938-1510

*Attorneys for Plaintiff*　　　　　*Attorneys for Defendant*
*Linda Fowler*　　　　　*Wal-Mart Stores, Inc.*

　　　　　　　　　　　　IT IS SO ORDERED.

　　　　　　　　　　　　DATED this 13th day of October, 2016.

　　　　　　　　　　　　_____
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE