1  BRENDA H. ENTZMINGER, ESQ.
Nevada Bar No. 9800
2  RYAN KERBOW, ESQ.
Nevada Bar No. 11403
3  **PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
4  Las Vegas, Nevada 89101
(702) 938-1510—Telephone
5  (702) 938-1511—Facsimile
bentzminger@psalaw.net
6  rkerbow@psalaw.net
*Attorneys for Defendant*
7  *Wal-Mart Stores, Inc.*

DISTRICT COURT

CLARK COUNTY, NEVADA

10  LINDA FOWLER,

Case No.: 2:16-cv-00450-JCM-GWF

11                     Plaintiff,

v.

12  WAL-MART STORES, INC., a Delaware
Limited Liability Company dba WALMART
13  SUPER CENTER #5070; DOES I through X
and ROE CORPORATIONS VI through X,
14  inclusive,

**STIPULATION AND [PROPOSED]
ORDER TO CONTINUE MOTION
HEARING SCHEDULED FOR
FEBRUARY 16, 2017**

**[EMERGENCY REQUEST]**

15                     Defendants.

        Plaintiff LINDA FOWLER ("Plaintiff") and Defendant WAL-MART STORES, INC.

("Walmart"), by and through their respective counsel of record, do hereby stipulate to continue, with

Court approval, the motion hearing currently set for February 16, 2017.

        The parties aver that good cause exists for the requested continuance. Defendant's counsel,

Brenda Entzminger, has a pre-paid business trip out of state from February 14 through 17, to attend a

litigation conference. Defense counsel purchased this ticket prior to Plaintiff's filing of the motion and

prior to the Court's scheduling of the hearing on that motion. In light of this conflict, Defense counsel

respectfully requests a brief continuance of the Motion Hearing currently scheduled for February 16,

2017.

//

//

- 1 -

1    The parties therefore stipulate to a brief continuance of the motion hearing, and the parties

2    therefore respectfully propose the motion hearing to be continued to one of the following dates: February

3    23, 2017, March 2, 2017, March 3, 2017, or on any date thereafter that the Court's calendar allows.

4

5    DATED this 2nd day of February, 2017          DATED this 2nd day of February, 2017.

6     */s/ Jared B. Anderson*                      */s/ Brenda H. Entzminger*

7    _____                      _____
     Jared B. Anderson, Esq.                       Brenda H. Entzminger, Esq.
     Injury Lawyers of Nevada                      PHILLIPS SPALLAS & ANGSTADT
8    801 S. Fourth Street                          504 South Ninth Street
     Las Vegas, Nevada 89101                       Las Vegas, Nevada 89101
9
     *Attorneys for Plaintiff*                     *Attorneys for Defendant*
10   *Linda Fowler*                                *Wal-Mart Stores, Inc.*

11

12   **IT IS SO ORDERED:**

13   _____
     UNITED STATES MAGISTRATE JUDGE
14

15   **DATED:** _2/3/2017_

16

17

18

19

20

21

22

23

24

25

26

27

28