# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LINDA FOWLER,

        Plaintiff,

vs.

WAL-MART STORES, INC.,

        Defendant

Case No.: 2:16-cv-00450-JCM-GWF

**ORDER**

This matter is before the Court on Defendant's Motion to Strike Plaintiff's Motion in Limine (ECF No. 37), filed on March 3, 2017.

On March 7, 2017, Plaintiff filed a notice of withdrawal of her Motion in Limine to Strike the Opinion of Defendant's Expert Neurologist Steven Mcintire, M.D., Regarding the Plaintiff's Knee Injuries. *See* ECF No. 39. The Court, therefore, denies Defendant's Motion to Strike Plaintiff's Motion in Limine as having been withdrawn. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Strike Plaintiff's Motion in Limine (ECF No. 37) is **denied**.

DATED this 15th day of March, 2017.

*[signature: George Foley Jr.]*
GEORGE FOLEY, JR.
United States Magistrate Judge