UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LINDA FOWLER,<br><br>                Plaintiff,<br>v.<br><br>WAL-MART STORES, INC.,<br><br>                Defendant. | Case No. 2:16-cv-00450-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(b)(5). The parties' second stipulation for extension of time (ECF No. 18) filed on October 25, 2016, required the parties to file a joint pretrial order required by LR 26-1(b)(5) no later than January 30, 2017. On May 24, 2017, the Court denied Defendant's Motion for Summary Judgment. ECF No. 46. There are no dispositive motions pending. To date, the parties have not complied with LR 26-1(b)(5). Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **January 25, 2019**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute. See Fed. R. Civ. P. 41(b).

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

Dated this 18th day of January, 2019.

                                                      GEORGE FOLEY, JR.
                                                      UNITED STATES MAGISTRATE JUDGE