UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| LINDA FOWLER, | Case No. 2:16-CV-450 JCM (GWF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| WAL-MART STORES, INC., | |
| Defendant(s). | |

Presently before the court is the matter of *Fowler v. Wal-Mart Stores, Inc.*, case number 2:16-cv-00450-JCM-GWF.

On March 6, 2019, the court issued a pretrial order setting trial for July 29, 2019. (ECF No. 62). On May 10, 2019, the litigants filed a notice of settlement and represented that they will file closing documents after they exchange settlement funds. (ECF No. 63). The parties have not yet filed closing documents. To afford the litigants adequate time to exchange funds and file a stipulation to dismiss, the court will reschedule calendar call to September 18, 2019, at 1:30 p.m., and trial on September 23, 2019, at 9:00 a.m.

Accordingly,

IT IS SO ORDERED.

DATED June 21, 2019.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**